**BRENT W. RENISON**, OSB No. 96475
E-mail: brent@tonkon.com
Direct Dial: (503) 802-2155
Fax: (503) 972-3855
**JAMES K. HEIN**, OSB No. 05462
E-mail: jamesh@tonkon.com
Direct Dial: (503) 802-2129
Fax: (503) 972-3829
**TONKON TORP LLP**
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

Attorneys for Petitioner

FILED'07 MAR 27 14:36USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| YAZAN A. ALQUDAH,<br><br>PETITIONER,<br><br>v.<br><br>ALBERTO R. GONZALES, in his official capacity as U.S. Attorney General; **ROBERT S. MUELLER, III,** in his official capacity as Director of the Federal Bureau of Investigation; **MICHAEL A. CANNON,** in his official capacity as Section Chief of the National Name Check Program Section of the Federal Bureau of Investigation; **MICHAEL CHERTOFF**, in his official capacity as Secretary of the Department of Homeland Security; **EMILIO GONZALEZ,** in his official capacity as Director of United States Citizenship and Immigration Services; and **WILLIAM McNAMEE,** in his official capacity as District Director, Portland, Oregon District Office of United States Citizenship and Immigration Services,<br><br>RESPONDENTS. | Civil Case No.: 06-1367-BR<br><br>Agency Case No.: A78 231 685<br><br>**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES AND COSTS** |

PAGE 1 - ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES AND COSTS

**ORDER**

This matter came before the Court on the parties' Stipulated Motion for Attorney's Fees and Costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The Court having reviewed its files in this action and the parties' stipulation, the Stipulated Motion is GRANTED, and IT IS HEREBY ORDERED that U.S. Citizenship and Immigration Services shall pay Petitioner $10,508.25 for his attorney's fees and costs reasonably incurred in this action.

DATED this 26th day of March, 2007.

*Anna J. Brown*
DISTRICT JUDGE ANNA J. BROWN

033467\10000\751827 V001

PAGE 2 - ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES AND COSTS